UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALEJANDRO PEREZ,
          Plaintiff,

v.

EXPERIAN BUSINESS INFORMATION
SOLUTIONS, INC., and BANK OF
AMERICA,
          Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

21 CV 7734 (VB)

    The Court has been advised plaintiff and defendant Bank of America have resolved this case. Accordingly, it is hereby ORDERED that this action is dismissed as to Bank of America only, without costs, and without prejudice to the right to restore Bank of America to the action, provided the application to restore Bank of America to the action is made by no later than January 3, 2022. To be clear, any application to restore Bank of America to the action must be filed by January 3, 2022, and any application to restore Bank of America to the action filed thereafter may be denied solely on the basis that it is untimely.

    The Clerk is instructed to terminate Bank of America from the docket.

Dated: December 1, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge