UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALEJANDRO PEREZ,
              Plaintiff,

v.                                      **ORDER OF DISMISSAL**

EXPERIAN BUSINESS INFORMATION
SOLUTIONS, INC., and BANK OF           21 CV 7734 (VB)
AMERICA,
              Defendants.
--------------------------------------------------------------x

        The Court has been advised plaintiff and defendant Experian Information Solutions, Inc., have resolved this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than January 18, 2022. To be clear, any application to restore the action must be filed by January 18, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

        All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

        The Clerk is instructed to close the case.

Dated: December 17, 2021
       White Plains, NY

                                                  SO ORDERED:

                                                  _____
                                                  Vincent L. Briccetti
                                                  United States District Judge